263 So.2d 516

**In re J. J. FRAZIER, alias**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**3 Div. 517.**

Supreme Court of Alabama.

June 8, 1972.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State.

No brief for respondent.

PER CURIAM:

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Frazier, alias v. State, 263 So.2d 511.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN, HARWOOD and MADDOX, JJ., concur.

259 So.2d 848

**In re Darrell G. HONEYCUTT**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**3 Div. 512.**

Supreme Court of Alabama.

March 30, 1972.

William J. Baxley, Atty. Gen. and Sarah V. Maddox, Asst. Atty. Gen., for the State.

Maury Smith, Montgomery, opposed.

HARWOOD, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Honeycutt v. State, 47 Ala.App. 640, 259 So.2d 846.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and MADDOX, JJ., concur.